GEORGE McDOUGALL
v.
DAVID ROBISON

1808

JOURNAL ENTRIES

1. Declaration filed; rule to bring body  .  .  .  *Journal, infra,* \*p. 130
2. Special bail .   .   .   .   .   .   .   .   .   .   .   .   "      133
3. Rule to plead  .   .   .   .   .   .   .   .   .   .   "      138
4. Discontinuance .   .   .   .   .   .   .   .   .   .   "      205

PAPERS IN FILE

[None]